IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GEORGE WESLEY WELLS,** | NO. 1:05-CV-1218-AWI-SMS |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME TO FILE A MOTION TO DISMISS** |
| v. | |
| **KATHY MENDOZA-POWERS,** | **DOCUMENT No. 12** |
| Respondent. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is hereby GRANTED an extension of time, to and including May 22, 2006, to file Respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:   April 27, 2006**          /s/ Sandra M. Snyder
23ehd0                    UNITED STATES MAGISTRATE JUDGE