1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

10

### EASTERN DISTRICT OF CALIFORNIA

11

12  GEORGE WESLEY WELLS,                )   1:05-CV-01218 AWI SMS HC
                                        )
13                Petitioner,           )   ORDER WITHDRAWING JUNE 20, 2006,
                                        )   FINDINGS AND RECOMMENDATION
14       v.                             )   THAT RECOMMENDED THE PETITION BE
                                        )   DISMISSED
15                                      )   [Doc. #18]
    KATHY MENDOZA-POWERS,               )
16                                      )
                  Respondent.           )
17  _____)

18
           Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
19
    pursuant to 28 U.S.C. § 2254.
20
           On June 20, 2006, the undersigned issued Findings and Recommendation that recommended
21
    Respondent's motion to dismiss be GRANTED, the petition be DISMISSED for failure to state a
22
    claim and the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation
23
    was served on all parties and contained notice that any objections were to be filed within thirty (30)
24
    days of the date of service of the order. Over thirty days have passed and no party has filed
25
    objections.
26
           The undersigned notes that the case of Sass v. California Board of Prison Terms, 376
27
    F.Supp.2d 975 (E.D. Cal. 2005), has been appealed to the Ninth Circuit Court of Appeals. According
28

1   to the Ninth Circuit's docket, the matter was argued and submitted on March 16, 2006.

2          The undersigned hereby WITHDRAWS the Findings and Recommendation issued on

3   June 20, 2006, pending decision by the Ninth Circuit in Sass.

4

5   IT IS SO ORDERED.

6   **Dated:    August 22, 2006**                    **/s/ Sandra M. Snyder**
    icido3                                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28