1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WESLEY WELLS,           ) | 1:05-CV-01218 AWI SMS HC |
|                                )  | |
|               Petitioner,      ) | ORDER ADOPTING FINDINGS AND |
|                                ) | RECOMMENDATION |
|                                ) | [Doc. #21] |
|    v.                          ) | |
|                                ) | ORDER DENYING RESPONDENT'S |
|                                ) | MOTION TO DISMISS |
| KATHY MENDOZA-POWERS,           ) | [Doc. #16] |
|                                ) | |
|               Respondent.      ) | ORDER REFERRING MATTER BACK TO |
|                                ) | MAGISTRATE JUDGE |

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.

        On September 8, 2006, the Magistrate Judge issued a Findings and Recommendation that

recommended Respondent's motion to dismiss the petition be DENIED. This Findings and

Recommendation was served on all parties and contained notice that any objections to the Findings

and Recommendation were to be filed within ten (10) days of the date of service of the order.  Over

ten (10) days have passed and no party has filed objections.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

*novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

1   and Recommendation is supported by the record and proper analysis.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1. The Findings and Recommendation issued September 8, 2006, is ADOPTED IN FULL;

4          2. Respondent's Motion to Dismiss is DENIED; and

5          3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

6

7   IT IS SO ORDERED.

8   **Dated:     October 12, 2006**                          **/s/ Anthony W. Ishii**
    0m8i78                                        UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28