1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE WESLEY WELLS,              )        1:05-CV-1218 AWI SMS HC
                                       )
12        Petitioner,                  )        ORDER DENYING MOTION FOR
                                       )        APPOINTMENT OF COUNSEL
13        v.                           )        (DOCUMENT #26)
                                       )
14   KATHY MENDOZA-POWERS,             )
                                       )
15                                     )
          Respondent.                  )
16   _____)

17          Petitioner has requested the appointment of counsel.  There currently exists no absolute

18   right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

19   479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

20   cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

21   of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

22   Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

23   justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

24   HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

25   IT IS SO ORDERED.

26   **Dated:    December 14, 2006**              **/s/ Sandra M. Snyder**
     23ehd0                                       UNITED STATES MAGISTRATE JUDGE
27

28