# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE WESLEY WELLS, | ) | 1:05-CV-01218 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTIONS AS MOOT |
| | ) | |
| v. | ) | [Docs. #20, 22] |
| | ) | |
| KATHY MENDOZA-POWERS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 1, 2006, Petitioner filed a motion to correctly state the Findings and Recommendation of June 20, 2006. On October 5, 2006, Petitioner filed a motion to enter default judgment on his behalf for Respondent's perceived failure to object to the Findings and Recommendation issued on September 8, 2006. Petitioner's motions were subsequently addressed by the undersigned's order October 13, 2006.

Accordingly, Petitioner's motion are DISMISSED as moot.

IT IS SO ORDERED.

**Dated:   September 14, 2007**          /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE